# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    *    CRIMINAL NO.  16-CR-00026

VERSUS      *    JUDGE WALTER

KYLE GABRIEL ROY      *    MAG. JUDGE WHITEHURST

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation.  The defendant having waived the period for objections thereto, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.  Accordingly;

The guilty plea of the defendant, KYLE GABRIEL ROY, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that KYLE GABRIEL ROY is finally adjudged guilty of the offense charged in Count Three of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this __30th__ day of _____March_____, 2017.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**